ACCEPTED
12-15-00226-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/4/2015 12:21:10 PM
Pam Estes
CLERK

NO. 12-15-00226-CV

IN THE COURT OF APPEALS
TWELFTH JUDICIAL DISTRICT OF TEXAS
TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/4/2015 12:21:10 PM
PAM ESTES
Clerk

| | | |
|---|---|---|
| RICHARD THOMPSON<br>Appellant, | §<br>§<br>§ | APPEAL FROM THE |
| VS. | §<br>§ | COUNTY COURT AT LAW #2 |
| BLACKBERRY LC<br>Appellee. | §<br>§<br>§ | GREGG COUNTY, TEXAS |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

COMES NOW, BOB ANDERSON of SMEAD, ANDERSON & DUNN, and files this Notice of Appearance as counsel on behalf of BLACKBERRY LC, Appellee herein, and requests inclusion in all notices to interested parties in the above-referenced case and that the name and address of the undersigned be added to the docket and any list of interested persons to be served notice of proceedings in the above-referenced case.

Respectfully Submitted,

SMEAD, ANDERSON & DUNN
2110 Horseshoe Lane
Longview, Texas 75605-5628
903.232.1880
903.232.1881 (facsimile)
E-mail: banderson@smeadlaw.com

By: _____
Bob Anderson, State Bar Card #01211300

ATTORNEY FOR BLACKBERRY LC

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Appearance was served on the following parties by first class United States mail or as otherwise indicated on this the 4th day of November, 2015:

Richard Thompson
P.O. Box 463
West Chester, PA 19380
**Appellant**

Bradley R. Echols                                          via E-mail:
Boon Calk Echols                                          bradley.echols@boonlaw.com
Coleman & Goolsby, P.L.L.C.
1800 N.W. Loop 281, Suite 303
P.O. Box 151040
Longview, Texas 75604
**Attorney for Mike Reader, Receiver**

John W. Moore                                              via E-mail:
The Law Office of John W. Moore                            JWMoore@JohnMooreLaw.com
P.O. Box 2841
Longview, TX 75606-2841
**Attorney Ad Litem for Trial Court Defendants Timothy Callahan, The Unknown Heirs of John William Shoemaker, The Unknown Heirs of William M. McGeorge, Jr., The Unknown Heirs of Mary Clark McGeorge, and The Unknown Heirs of Any of the Above-Named Defendants Who Are Deceased, If Any**

Ethelwynn Bowen
1128 Sky Hawk Mountain Road
Hiawassee, GA 30546
**Trial Court Pro Se Defendant**

Tony Roling                                via E-mail: tonyroling@gmail.com
P.O. Box 582
White Oak, TX 75693
**Trial Court Defendant (Waiver of Citation,**
**Requested Notice)**

_____
Bob Anderson